# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-448 MMM (FFM) | Date | July 27, 2009 |
|---|---|---|---|
| Title | AMIN ABDULLAH-CLARKE v. CORRECTIONS OFFICERS, C. TUCKER, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE

　　On April 3, 2009, this Court entered an Order Dismissing the Complaint with Leave to Amend. Plaintiff was granted thirty days leave to file an amended complaint. On April 27, 2009, plaintiff filed an ex parte application seeking an extension of time to file his first amended complaint. On May 4, 2009, the Court granted plaintiff's application and extended the time for him to file his first amended complaint to June 3, 2009.

　　Plaintiff's first amended complaint is more than six weeks overdue. Accordingly, the Court orders plaintiff to show cause in writing within 15 days of the date of this order, why this action should not be dismissed for failure to prosecute.

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 : _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　JM