UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMIN ABDULLAH-CLARKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS OFFICERS, C. TUCKER, et al.,<br><br>　　　　　Defendants | No. CV 09-448 MMM (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: DEC 30 2009

_____
MARGARET M. MORROW
United States District Judge