JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMIN ABDULLAH-CLARKE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CORRECTIONS OFFICERS, C. TUCKER, et al.,<br><br>　　　　　　Defendants. | No. CV 09-448 MMM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: DEC 30 2009

_____
MARGARET M. MORROW
United States District Judge